# Exhibit 2

| US6934714B2 | Newegg Inc. ("The accused instrumentality") |
|---|---|
| 9. A method in a computer system for indicating a family relationship among a plurality of data records in a data repository to a designated record, each record having a plurality of data fields with values, comprising:<br><br>*Col 5: Lines 7-9*<br><br>*"The data records might contain fields such as names, aliases, nationality, drivers license no., eye color, crime statistics, blood type, genetic information, etc."* | The accused instrumentality discloses a method in a computer system (e.g., laptop, PC, etc. enabled with the accused instrumentality) for indicating a family relationship (e.g., hierarchical relationship between product records) among a plurality of data records (e.g., plurality of product records) in a data repository (e.g., server of the accused instrumentality) to a designated record (e.g., particular product record), each record (e.g., each product record) having a plurality of data fields (e.g., data fields such as color, brand, model, etc.) with values (e.g., content regarding the data field such as 'black', 'Nikon', '1581', etc.).<br><br>As shown, Newegg is an e-commerce platform that includes multiple records for products where each product is included in a particular product category which also includes subcategories indicating family relationship among plurality of product records and each product record has associated data fields such as color, brand, model, etc. with values such as ''black', 'Nikon', '1581', etc. |



http://web.archive.org/web/20230714065115/https://www.newegg.com/



https://www.newegg.com/



https://www.newegg.com/DSLR-Cameras/SubCategory/ID-784



https://www.newegg.com/DSLR-Cameras/SubCategory/ID-784

| automatically determining a set of data records from the plurality of data records that relate directly to the designated record and data records that relate indirectly to the designated record; and | The accused instrumentality discloses automatically determining a set of data records (e.g., set of product records) from the plurality of data records (e.g., plurality of product records) that relate directly to the designated record (e.g., particular product record) and data records (e.g., set of product records) that relate indirectly to the designated record (e.g., particular product record).

As shown, Newegg is an ecommerce platform that includes multiple records for products where each product is included in a particular product category which also includes subcategories indicating family relationship among plurality of product records. The plurality of product records includes a set of product records that relate directly to the particular product record/category such as 'digital cameras' and a set of product records that relate indirectly to the particular product record/category such as 'digital cameras' through subcategory record such as 'DSLR cameras'. |



https://www.newegg.com/Digital-Cameras/Category/ID-354



https://www.newegg.com/Digital-Cameras/Category/ID-354



https://www.newegg.com/DSLR-Cameras/SubCategory/ID-784

| | |
|---|---|
| adding the designated record to the determined set when it is automatically determined that the designated record is not a duplicate of a data | The accused instrumentality discloses adding (e.g., adding/creating) the designated record (e.g., particular product record) to the determined set (e.g., set of product records) when it is automatically determined that the designated record (e.g., particular product record) is not a duplicate of a data record (e.g., product record) in the determined set (e.g., set of product records).<br><br>As shown, Newegg is an e-commerce platform that includes multiple records for products |

| | |
|---|---|
| record in the determined set; and<br><br>*Col 6: Lines 29-33*<br><br>*"a record is a duplicate is based upon what fields are being used in the comparison and whether those fields need to completely match (as in string identity); partially match (as in a subset string match); sound alike, look similar, etc."*<br><br>*Col 8: Lines 8-13*<br><br>*"The auto de-duplication engine 510 is invoked to set up and/or maintain the data records whenever a new data record is to be added. Typically, records are added in bulk, such as during an* | where each product is included in a particular product category. The accused instrumentality allows the seller to add or create the product items on the accused instrumentality which will be published only if the product record is not duplicate. The accused instrumentality prohibits adding duplicate product items. If any duplicate product is added, the accused instrumentality automatically detects the duplicate product listing and removes it permanently such that it only adds the unique (non-duplicate) products.<br><br><br><br>https://www.youtube.com/watch?v=3Vib3fHWLvU |

| | |
|---|---|
| *"import" process, or one at a time, either manually, or indirectly from, for example, other code"*<br><br>**Col 14: Lines 44-48**<br><br>*"an automatic de-duplication/consolidation process is performed to determine whether the designated record should be deleted as a "real" duplicate, consolidated (merged) with another record, or left alone"* | <br><br>https://www.youtube.com/watch?v=3Vib3fHWLvU |

## 11. Misuse of the Newegg Websites Product Listings

Grouping the same available product offerings from multiple sellers into a single product listing enhances the customer shopping experience. To ensure customers are receiving the most accurate product information while they are making their purchasing decision, the following activities are prohibited.

- **Matching product listings inaccurately** When listing items for sale using an existing product detail page, the product being offered must be listed on a product detail page that accurately describes the product in all respects, including (but not limited to) the following attributes: manufacturer, edition, binding, version, format, or player compatibility.

- **Creating duplicate product detail pages**
  Creating a product detail page for a product already in the Newegg Marketplace catalog is strictly prohibited.

- **Creating separate listings**
  Sellers may not create separate listings for identical copies of the same item. Individually listing the same item several times is confusing for customers and frustrating for other sellers.

https://www.newegg.com/promotions/marketplace/contentpolicy/ContentPolicy.html

# Prohibited Seller Activities

These prohibited seller activities are established to maintain a safe buying venue for customers and a fair selling environment for our merchants. Failure to comply with the terms of this policy can result in the cancellation of listings and or permanent removal from Newegg Marketplace.

**Please Note:** This policy is in addition to, and in no way limits, your other obligations pursuant to our Policy & Agreement. You can reference the **Newegg Marketplace Seller Agreement** by clicking below the corresponding agreements:

- **Newegg.com** (US)
- **Neweggbusiness.com** (B2B)
- **Newegg.ca** (Canada)

**General Guidelines**

The following guidelines apply to both sellers of products and services. For guidelines specific to products or services, see the information following this section.

https://sellerportal.newegg.com/selleracademy/knowledge-base/prohibited-seller-activities/

12. **Misuse of the Newegg Websites Product Listings**

Grouping the same available product offerings from multiple sellers into a single product listing enhances the customer shopping experience. To ensure customers are receiving the most accurate product information while they are making their purchasing decision, the following activities are prohibited.

- **Matching product listings inaccurately**

  When listing items for sale using an existing product detail page, the product being offered must be listed on a product detail page that accurately describes the product in all respects, including (but not limited to) the following attributes: manufacturer, edition, binding, version, format, or player compatibility.

- **Creating duplicate product detail pages**

  Creating a product detail page for a product already in the Newegg Marketplace catalog is strictly prohibited.

- **Creating separate listings**

  Sellers may not create separate listings for identical copies of the same item. Individually listing the same item several times is confusing for customers and frustrating for other sellers.

https://web.archive.org/web/20230317130441/https://sellerportal.newegg.com/selleracademy/knowledge-base/prohibited-seller-activities/

|  |  |
|---|---|
|  | 3.7.  Seller acknowledges and agrees that (i) inaccuracies in information provided to Newegg; (ii) failure to provide Newegg with updated Product and pricing information; (iii) illegal or deceptive practices by Seller; (iv) complaint(s) from users regarding Seller's conduct of business; and/or (v) any breach of Section 3.6 or this Section 3.7, constitute sufficient cause for the immediate removal of Seller from the Website and the immediate termination of this Agreement by Newegg, in its sole discretion and without any prior notification to Seller or opportunity for Seller to cure any of the foregoing. Newegg, in its sole discretion, may<br><br>Marketplace Seller Agreement - 3    Page 3 of 19<br>NE v122022<br><br>refuse any listing, or remove any Prohibited Item or other listing which violates this Agreement, at any time. In the event of removal of Seller or its Product(s) from the Website, Newegg in its sole discretion is entitled to indicate on the Website that Seller and Products have been removed from the Website, and to provide notification to customers who purchased such Products.<br>https://c1.neweggimages.com/mps/selleragreement/71299684-6630-4cb4-b4b3-42341606a1a1.pdf |
| automatically associating with each record of the | The accused instrumentality discloses automatically associating with each record (e.g., product record) of the determined set (e.g., set of product records) an indication of membership (e.g., product path/location) in at least one family relationship (e.g., |

| | |
|---|---|
| determined set an indication of membership in at least one family relationship. | hierarchical relationship between product records).<br><br>As shown, Newegg is an e-commerce platform that includes multiple records for products where each product is included in a particular product category which also includes subcategories indicating family relationship among plurality of product records. The accused instrumentality allows the seller to add/create the product items on the accused instrumentality within a particular category. Once the product is added, the accused instrumentality automatically includes a product within a category/subcategory and automatically associates a product path with each product that indicates membership in a family relationship.<br><br> |

https://www.youtube.com/watch?v=3Vib3fHWLvU



https://www.youtube.com/watch?v=3Vib3fHWLvU



https://www.newegg.com/DSLR-Cameras/SubCategory/ID-784



https://www.newegg.com/p/0UP-000H-007S3